Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CRESSY, individually and on behalf of all others similarly situated, Plaintiff, vs. SEPTIC MAXX LLC; SEPTIC SAVIOR, LLC; and DOES 1 through 10, inclusive, and each of them, Defendants. | Case No. 2:18-cv-04311-SJO-AGR  **NOTICE OF PARTIAL SETTLEMENT AS TO DEFENDANT SEPTIC MAXX LLC ONLY** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled partially as to defendant SEPTIC MAXX LLC Only. Plaintiff request that this Honorable Court allow sixty (60) days with which to file dispositive documentation as to Transunion.

Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** June 26, 2018          **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Todd M. Friedman
                        Todd M. Friedman

Notice of Settlement - 1

## CERTIFICATE OF SERVICE

Filed electronically on June 26 2018, with:

United States District Court CM/ECF system

Notification sent electronically on June 26 2018, to:

To the Honorable Court, all parties and their Counsel of Record

                                                By: s/ Todd M. Friedman Esq.
                                                      Todd M. Friedman