Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CRESSY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEPTIC MAXX LLC;<br>SEPTIC SAVIOR, LLC; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No.<br><br>2:18-cv-04311-SJO-AGR<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND THE ACTION WITHOUT PREJUDICE** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to Plaintiff's individual claims and without prejudice as to the putative Class pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 20th Day of November, 2018,

By: s/Adrian R. Bacon  Esq.
ADRIAN R. BACON
Attorney for Plaintiff

Stipulation to Dismiss- 1

By: s/Lawrence K. Iglesias , Esq.
Lawrence K. Iglesias
Attorney for Defendant

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: November 20 2018    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: _s/ Adrian R. Bacon
Adrian R. Bacon  ESQ.
Attorney for Plaintiff

1  Filed electronically on this 20th Day of November, 2018, with:

2  Notification sent electronically via the Court's ECF system to:

3

4  Honorable Judge of the Court
   United States District Court
5

6  All Counsel of Record as Recorded On The Electronic Service List.

7

8  This 20th Day of November, 2018.
   s/Adrian R. Bacon
9  ADRIAN R. BACON