JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE CRESSY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SEPTIC MAXX LLC; SEPTIC SAVIOR, LLC; and DOES 1 through 10, inclusive, and each of them, <br><br> Defendants. | Case No. <br><br> 2:18-cv-04311-SJO-AGR <br><br> ~~Proposed~~ Order to dismiss |

**FILED**
CLERK, U.S. DISTRICT COURT
November 27, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_VPC\_\_\_\_ DEPUTY

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this \_\_\_11/27/18\_\_\_

*S. James Otero*
_____
   Honorable Judge of the District Court